IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:95CR147 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS HAYES, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Thomas Hayes appeared before the court on November 20, 2006 on an Amended Petition for Summons for Offender under Supervision [205]. The defendant was represented by Assistant Federal Public Defender David O'Neill and the United States was represented by Assistant U.S. Attorney Jan Sharp. The defendant admits allegations 2, 4, 5 and 7. Allegations 1, 3 and 6 are withdrawn on motion of the United States. The government did not move for detention. Defendant's motion to continue hearing is granted. The defendant was released on current conditions of supervision.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m., on February 2, 2007.** Defendant must be present in person.

2. Defendant is released on current conditions of supervision.

Dated this 21st day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge