IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:95CR147 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS HAYES, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Thomas Hayes appeared before the court on April 2, 2008 on a Petition for Warrant for Offender under Supervision (Filing No. 218). The defendant was represented by Assistant Federal Public Defender Jessica Douglas and the United States was represented by Assistant U.S. Attorney Jan Sharp. The defendant admits allegations 1, 2, 4, 5 and 7. Allegations 3 and 6 are withdrawn on motion of the United States. The government did not move for detention. Defendant's motion to continue hearing is granted. The defendant was released on current conditions of supervision, with the additional condition that he attend a minimum of three (3) AA meetings weekly.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:30 p.m. on April 24, 2008.** Defendant must be present in person.

2. Defendant is released on current conditions of supervision with the added condition that he attend a minimum of three (3) AA meetings weekly.

Dated this 2nd day of April, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge