IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:95CR147 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS HAYES, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Thomas Hayes appeared before the court on May 8, 2008 on a Petition for Warrant for Offender under Supervision (Filing No. 218). The defendant was represented by Assistant Federal Public Defender Jessica Douglas and the United States was represented by Assistant U.S. Attorney Michael Wellman. The government did not move for detention. Defendant's motion to continue hearing is granted. The defendant was released on current conditions of supervision, with the additional condition that he attend anger management counseling as directed by the probation officer and continue to attend a minimum of three (3) AA meetings weekly.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m. on July 10, 2008.** Defendant must be present in person.

2. Defendant is released on current conditions of supervision with the added condition that he attend anger management counseling and continue to attend a minimum of three (3) AA meetings weekly.

Dated this 8th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge